# ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 JAN 24 P 3: 12

CLERK _____
SO. DIST. OF GA.

JOSEPH D. KENNEDY,                    )
                                      )
            Plaintiff,                )
                                      )
      v.                              )       CV 311-041
                                      )
JOSE MORALES, Warden, DOROTHY         )
EVANS, and WESLEY O'NEAL,[1]          )
                                      )
            Defendants.               )

---

## O R D E R

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's

Report and Recommendation, to which no objections have been filed. Accordingly, the Report

and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

Therefore, Defendants Stewart and Gillis are **DISMISSED** from this action, and Plaintiff's

official-capacity claims for money damages are **DISMISSED**.

SO ORDERED this 24th day of January, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] In his amended complaint (doc. no. 13), Plaintiff identified two "Jane/John Doe" Defendants against whom the Court allowed claims to proceed (doc. no. 15, p. 4). "Jane Doe," who Plaintiff identified as the female front gate officer who signed for Plaintiff's mail on or about April 12, 2009, has been identified as "Dorothy Evans." (Doc. no. 23.) "John Doe," who Plaintiff identified as the Officer in Charge on or shortly after April 12, 2009, has been identified as "Wesley O'Neal." (Doc. no. 25.) The **CLERK** is **DIRECTED** to modify the docket to reflect the true identities of these Defendants.