ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2012 JUN 11 AM 9:53
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JOSEPH D. KENNEDY, | ) |
| Plaintiff, | ) |
| v. | ) CV 311-041 |
| JOSE MORALES, Warden, et al., | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' motion for summary judgment is **GRANTED** (doc. no. 30), and a final judgment shall be **ENTERED** in favor of Defendants. This civil action is **CLOSED**.

SO ORDERED this 11th day of June, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE